**FRIENDS OF THE EARTH, INC., Ronald D. Doctor, Robert C. and Mary Davis, Peggy Flynn, Ted and Jan Horning, Petitioners,**

v.

**UNITED STATES of America, United States Nuclear Regulatory Commission, Respondents.**

No. 79–7311.

United States Court of Appeals, Ninth Circuit.

July 12, 1979.

---

* The Honorable James M. Fitzgerald, United States District Judge, District of Alaska, sitting by designation.

James S. Reed, Reed, Samuel & Remy, Sacramento, Cal., for petitioners.

John F. Downey, Downey, Brand, Seymour & Rohwer, Herman Sillas, U. S. Atty., Francis N. Goldsberry II, Asst. U. S. Atty., Sacramento, Cal., for respondents.

### AMENDED ORDER

Before ELY, TRASK and SNEED, Circuit Judges.

Petitioners' motion to stay the June 21, 1979 order of the United States Nuclear Regulatory Commission (NRC) captioned, *In the Matter of Sacramento Municipal Utility District, Rancho Seco Nuclear Generating Station,* Docket No. 50–132, is denied. We interpret the NRC's order of June 21, 1979, when read together with its May 7, 1979 order and the various exhibits submitted by both the petitioners and respondents, as a determination by the NRC that the Rancho Seco Nuclear Generating Station presently can be operated with reasonable safety. We must defer to the expert judgment of the NRC unless, based on the record before us, we find that the NRC's order of June 21, 1979 is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. 5 U.S.C. § 706(2)(A). We cannot so find.

DENIED.